**Order entered August 15, 2022**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00522-CV**

**RHINO LININGS CORPORATION, Appellant**

**V.**

**2 X 2 PARTNERSHIP, LTD., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13009**

### ORDER

The reporter's record in this case is past due. By postcard dated July 6, 2022, we notified Janet Saavedra, Official Court Reporter for the 44th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and Ms. Saavedra has not corresponded with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Ms. Saavedra to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that appellant has not requested the record; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification it has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Ashley Wysocki
Presiding Judge
44th Judicial District Court

Janet Saavedra
Official Court Reporter
44th Judicial District Court

All parties

/s/     KEN MOLBERG
        JUSTICE